UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EMMANUEL GERARD

CIVIL ACTION

VERSUS

NO. 25-898-JWD-EWD

SELENE FINANCE LP

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 29, 2026 (Doc. 14), to which an objection was filed and considered (Doc. 16);

**IT IS ORDERED** that the Motion to Remand (Doc. 7) filed by Plaintiff Emmanual Gerard, is **DENIED** because the case was properly removed based on federal question jurisdiction, and supplemental jurisdiction exists over the state law claims, which should not be declined at this time.

**IT IS FURTHER ORDERED** that Plaintiff's request for costs and fees pursuant to 28 U.S.C. § 1447(c) is **DENIED** because removal was proper.

**IT IS FURTHER ORDERED** that this matter be referred to Magistrate Judge Erin Wilder-Doomes for a scheduling conference.

Signed in Baton Rouge, Louisiana, on July 13, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**